**Order entered November 25, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01330-CV

### IN RE BILLY JOE CAMPBELL, Relator

**Original Proceeding from the 416th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 416-81619-2012**

## ORDER

Before Justices Bridges, Osborne, and Carlyle

Before the Court is relator's October 30, 2019 petition for writ of mandamus. We request that the real party in interest and respondent file their responses, if any, to the petition for writ of mandamus by **December 3, 2019**.

/s/     DAVID L. BRIDGES
JUSTICE